SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
JON D. IVES (State Bar No. 230582)
jdi@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
Countrywide Financial Corporation and
Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CAMELLO; RENEE CAMELLO,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, etc., COUNTRYWIDE HOME LOANS, INC., etc., *et al*.,<br><br>Defendants. | Case No.: C 08-cv-5479 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER TO TAKE MOTION TO DISMISS OFF CALENDAR AND TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO AMENDED COMPLAINT**<br><br>Hearing Date: February 6, 2009<br>Time: 9:30 a.m.<br>Courtroom: A, 15th Floor<br>Judge: Hon. Joseph C. Spero<br><br>Complaint Filed: September 24, 2008 |

11952/0055/708832.1

Stipulation and [Proposed] Order
Case No.: C 08-05479 JCS

1  WHEREAS Countrywide Financial Corp. and Countrywide Home Loans, Inc. ("Countrywide") have filed a motion to dismiss presently set for hearing on February 6, 2009;

WHEREAS plaintiffs Joseph and Renee Camello filed a First Amended Complaint on January 16, 2009; and

WHEREAS the parties have discussed the pending motion, the First Amended Complaint, and whether settlement of this case was feasible and agreed upon the following:

A. It would make sense to take Countrywide's Motion to Dismiss set for hearing on February 6, 2009 off calendar since plaintiffs have amended their complaint;

B. The parties disagree as to whether the First Amended Complaint still states a Federal Question—plaintiff contends it does not, Countrywide contends that the First Amended Complaint still raises questions under the federal Alternative Mortgage Transaction Parity Act;

C. The parties agree that it would be more constructive for both sides to explore the possibility of settlement at this juncture, rather than having either side immediately having to file additional motions; and

D. A continuance of approximately 30 days on Countrywide's deadline to respond to the Amended Complaint—from January 29 to March 2—would give the parties a reasonable opportunity to explore settlement without incurring substantial additional costs.

In light of the foregoing, the parties stipulate and request that the Court enter the following Order:

1. The motion to dismiss set for hearing on February 6, 2009 is taken off calendar, without prejudice.

2. Countrywide will have until March 2, 2009, to file its response to the First Amended Complaint.

3. If the parties reach a settlement, they will promptly advise the Court.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED:  January 20, 2009 | Nocos Law Firm, A Professional Corporation |
| 2 | | /s/ *Reuben L. Nocos* |
| 3 | | By: _____ |
| | | Reuben L. Nocos |
| 4 | | |
| 5 | | Attorneys for Plaintiffs<br>Joseph and Renee Camello |
| 7 | DATED:  January 20, 2009 | SEVERSON & WERSON<br>A Professional Corporation |
| 8 | | /s/ *Sunny S. Huo* |
| 9 | | By: _____ |
| 10 | | Sunny S. Huo |
| 11 | | Attorneys for Defendants<br>Countrywide Financial Corporation and<br>Countrywide Home Loan, Inc. |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**ORDER**

March 13, 2009

GOOD CAUSE APPEARING, defendants' motion to dismiss set for hearing on ~~February 6, 2009~~ is taken off calendar, without prejudice. Defendants will have until March 2, 2009, to file their response to the First Amended Complaint. If the parties reach a settlement, they will promptly advise the Court. The case maangement conference, set for March 13, 2009, at 1:30 p.m., will remain on calendar. A joint case management conf. statement is due by 3/6/9.

DATED: Jan. 23, 2009



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

- 3 -

11952/0055/708832.1

Stipulation and [Proposed] Order
Case No.: C 08-05479 JCS