SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
Countrywide Financial Corporation and
Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CAMELLO; RENEE CAMELLO, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, etc., COUNTRYWIDE HOME LOANS, INC., etc., *et al*., <br><br> Defendants. | Case No.: 3:08-cv-5479-JCS <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' MOTION TO REMAND** |

WHEREAS, Countrywide Financial Corp. and Countrywide Home Loans, Inc. ("Countrywide") have filed a motion to dismiss that is presently set for hearing at 9:30 a.m. on July 31, 2009 ("Motion to Dismiss");

WHEREAS, plaintiffs Joseph and Renee Camello ("Plaintiffs") have filed a motion to remand that is presently set for hearing at 9:30 a.m. on July 31, 2009 ("Motion to Remand");

WHEREAS, a case management conference ("CMC") is presently set for 9:30 a.m. on July 31, 2009;

WHEREAS, the parties are discussing whether settlement of this case is feasible; and

WHEREAS, the parties believe that continuing the CMC and hearings on the Motion to Dismiss and Motion to Remand for three weeks would serve the interests of judicial efficiency and conservation of judicial and party resources;

NOW THEREFOR, IT IS HEREBY STIPULATED AND REQUESTED by the parties hereto, through their respective counsel, that the CMC and hearings on Countrywide's Motion to Dismiss and Plaintiff's Motion to Remand are rescheduled from 9:30 a.m. on July 31, 2009 to 9:30 a.m. on August 21, 2009.

DATED: July 27, 2009                SEVERSON & WERSON
                                    A Professional Corporation


                                    By:   */s/ Kalama M. Lui-Kwan*
                                          Kalama M. Lui-Kwan

                                    Attorneys for Defendants
                                    Countrywide Financial Corporation and
                                    Countrywide Home Loans, Inc.

DATED: July 27, 2009                NOCOS LAW FIRM
                                    A Professional Corporation


                                    By:   */S/ Reuben L. Nocos*
                                          Reuben L. Nocos

                                    Attorneys for Plaintiffs
                                    Joseph and Renee Camello

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

-1-

11952/0055/708832.1                                      STIPULATION AND [~~PROPOSED~~] ORDER
                                                         3:08-cv-5479-JCS

**[PROPOSED] ORDER**

Pursuant to the parties' July 27, 2009 Stipulation Continuing Case Management Conference And Hearing On Defendants' Motion To Dismiss And Plaintiffs' Motion To Remand, **IT IS SO ORDERED**.

DATED: July __, 2009

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE