1  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
2  KALAMA M. LUI-KWAN (State Bar No. 242121)
   kml@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  Countrywide Financial Corporation and
   Countrywide Home Loans, Inc.
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| JOSEPH CAMELLO; RENEE CAMELLO, | Case No.: C08-cv-5479 JCS |
| Plaintiffs, | **STIPULATION AND [P<s>ROPOSED</s>] ORDER CONTINUING PRETRIAL AND TRIAL DATES** |
| vs. | |
| COUNTRYWIDE FINANCIAL CORPORATION, etc., COUNTRYWIDE HOME LOANS, INC., etc., *et al*., | |
| Defendants. | |

1 WHEREAS, on March 18, 2009, the Court issued a Case Management and Pretrial Order setting dates for trial, discovery, motions, and a pretrial conference ("Pretrial and Trial Dates");

WHEREAS, plaintiffs Joseph and Renee Camello ("Plaintiffs") and Countrywide Financial Corp. and Countrywide Home Loans, Inc. ("Countrywide") are discussing whether settlement of this case is feasible; and

WHEREAS, the parties believe that continuing the Pretrial and Trial Dates by two months would serve the interests of judicial efficiency and conservation of judicial and party resources;

NOW THEREFOR, IT IS HEREBY STIPULATED AND REQUESTED by the parties hereto, through their respective counsel, that:

1. The Pretrial and Trial Dates be continued as follows:

| Event | Previously Scheduled Date | Continued Date |
|---|---|---|
| Jury Trial Date | January 19, 2010, at 8:30 a.m. | March 16, 2010, at 8:30 a.m. |
| Completion Of All Non-Expert Discovery | August 3, 2009 | September 28, 2009 |
| Completion Of All Expert Disclosures Required By The Federal Rules Of Civil Procedure | September 25, 2009 | November 20, 2009 |
| Last Date For Hearing On Any And All Dispositive Motions | September 25, 2009 | November 20, 2009 |
| Pretrial Conference | January 8, 2010, at 1:30 p.m. | March 5, 2009, at 1:30 p.m. |

2. The case management conference and hearings on Countrywide's Motion to Dismiss and Plaintiff's Motion to Remand shall remain scheduled for August 21, 2009 at 9:30 a.m.

DATED: August 3, 2009                          SEVERSON & WERSON
                                               A Professional Corporation

                                               By: _____/S/ Kalama M. Lui-Kwan_____
                                                        Kalama M. Lui-Kwan

                                               Attorneys for Defendants
                                               Countrywide Financial Corporation and
                                               Countrywide Home Loans, Inc.

DATED: August 3, 2009                          NOCOS LAW FIRM
                                               A Professional Corporation

                                               By: _____/S/ Reuben L. Nocos_____
                                                        Reuben L. Nocos

                                               Attorneys for Plaintiffs
                                               Joseph and Renee Camello

-1-

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the parties' August 4, 2009 Stipulation Continuing Pretrial And Trial Dates, **IT IS** |
| 3 | **SO ORDERED**, AS AMENDED - JCS |

DATED: August __5_, 2009

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

-2-