1  SUNNYS.HUO(StateBarNo.181071)
   ssh@severson.com
2  KALAMAM.LUI-KWAN(StateBarNo.242121)
   kml@severson.com
3  SEVERSON&WERSON
   AProfessionalCorporation
4  OneEmbarcaderoCenter,Suite2600
   SanFrancisco,CA94111
5  Telephone:(415)398-3344
   Facsimile:(415)956-0439
6
7  AttorneysforDefendants
   CountrywideFinancialCorporationand
   CountrywideHomeLoans,Inc.
8

9              UNITEDSTATESDISTRICTCOURT

10             NORTHERNDISTRICTOFCALIFORNIA

11

12  JOSEPHCAMELLO;RENEECAMELLO,          CaseNo.:C08-cv-5479JCS

13          Plaintiffs,                  STIPULATIONAND[PROPOSED]
                                         ORDERCONTINUINGPRETRIAL
14      vs.                              ANDTRIALDATES

15  COUNTRYWIDEFINANCIAL
    CORPORATION,etc.,COUNTRYWIDE
16  HOMELOANS,INC.,etc.,   *etal*.,

17          Defendants.

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, on March 18, 2009, the Court issued a Case Management and Pretrial Order setting dates for trial, discovery, motions, and a pretrial conference ("Pretrial and Trial Dates");

WHEREAS, plaintiffs Joseph and Renee Camello ("Plaintiffs") and Countrywide Financial Corp. and Countrywide Home Loans, Inc. ("Countrywide") are discussing whether settlement of this case is feasible; and

WHEREAS, the parties believe that continuing the Pretrial and Trial Dates by two months would serve the interests of judicial efficiency and conservation of judicial and party resources;

NOW THEREFOR, IT IS HEREBY STIPULATED AND REQUESTED by the parties hereto, through their respective counsel, that:

1.     The Pretrial and Trial Dates be continued as follows:

| Event | Previously Scheduled Date | Continued Date |
|-------|---------------------------|----------------|
| Jury Trial Date | January 19, 2010, at 8:30 a.m. | March 16, 2010, at 8:30 a.m. |
| Completion Of All Non-Expert Discovery | August 3, 2009 | September 28, 2009 |
| Completion Of All Expert Disclosures Required By The Federal Rules Of Civil Procedure | September 25, 2009 | November 20, 2009 |
| Last Date For Hearing On Any And All Dispositive Motions | September 25, 2009 | November 20, 2009 |
| Pretrial Conference | January 8, 2010, at 1:30 p.m. | March 5, 2009, at 1:30 p.m. |

2.     The case management conference and hearings on Countrywide's Motion to Dismiss and Plaintiff's Motion to Remand shall remain scheduled for August 21, 2009 at 9:30 a.m.

DATED: August 3, 2009

SEVERSON & WERSON
A Professional Corporation

By:   _____/S/ Kalama M. Lui-Kwan_____
              Kalama M. Lui-Kwan

Attorneys for Defendants
Countrywide Financial Corporation and
Countrywide Home Loans, Inc.

DATED: August 3, 2009

NOCOS LAW FIRM
A Professional Corporation

By:   _____/S/ Reuben L. Nocos_____
              Reuben L. Nocos

Attorneys for Plaintiffs
Joseph and Renee Camello

-1-

**[PROPOSED] ORDER**

Pursuant to the parties' August 4, 2009 Stipulation   Continuing Pretrial And Trial Dates , **IT IS SO ORDERED** , AS AMENDED - JCS

DATED: August __, 2009

_____
THE                          HC. SPERO
UNIT                         ATE JUDGE

Judge Joseph C. Spero