1  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
2  KALAMA M. LUI-KWAN (State Bar No. 242121)
   kml@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  Countrywide Financial Corporation and
   Countrywide Home Loans, Inc.
8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11

12  JOSEPH CAMELLO; RENEE CAMELLO,        Case No.: 3:08-cv-5479-JCS

13            Plaintiffs,                  **STIPULATION AND [PROPOSED] ORDER
                                           CONTINUING CASE MANAGEMENT
14       vs.                               CONFERENCE AND HEARING ON
                                           DEFENDANTS' MOTION TO DISMISS AND
15  COUNTRYWIDE FINANCIAL                  PLAINTIFFS' MOTION TO REMAND**
    CORPORATION, etc., COUNTRYWIDE
16  HOME LOANS, INC., etc., *et al*.,

17            Defendants.

18

19

20

21

22

23

24

25

26

27

28

1     WHEREAS, Countrywide Financial Corp. and Countrywide Home Loans, Inc. ("Countrywide") have filed a motion to dismiss that is presently set for hearing at 9:30 a.m. on August 21, 2009 ("Motion to Dismiss");

    WHEREAS, plaintiffs Joseph and Renee Camello ("Plaintiffs") have filed a motion to remand that is presently set for hearing at 9:30 a.m. on August 21, 2009 ("Motion to Remand");

    WHEREAS, a case management conference ("CMC") is presently set for 9:30 a.m. on August 21, 2009;

    WHEREAS, the parties are discussing whether settlement of this case is feasible; and

    WHEREAS, the parties believe that continuing the CMC and hearings on the Motion to Dismiss and Motion to Remand to September 18, 2009 would serve the interests of judicial efficiency and conservation of judicial and party resources;

    NOW THEREFOR, IT IS HEREBY STIPULATED AND REQUESTED by the parties hereto, through their respective counsel, that the CMC and hearings on Countrywide's Motion to Dismiss and Plaintiff's Motion to Remand are rescheduled from 9:30 a.m. on August 21, 2009 to 9:30 a.m. on September 18, 2009.

DATED: August 17, 2009            SEVERSON & WERSON
                                     A Professional Corporation

                                     By:    */S/ Kalama M. Lui-Kwan*
                                              Kalama M. Lui-Kwan

                                     Attorneys for Defendants
                                     Countrywide Financial Corporation and
                                     Countrywide Home Loans, Inc.

DATED: August 17, 2009            NOCOS LAW FIRM
                                     A Professional Corporation

                                   By:    */S/ Reuben L. Nocos*
                                              Reuben L. Nocos

                                     Attorneys for Plaintiffs
                                     Joseph and Renee Camello

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the parties' August 17, 2009 Stipulation Continuing Case Management |
| 3 | Conference And Hearing On Defendants' Motion To Dismiss And Plaintiffs' Motion To Remand, **IT** |
| 4 | **IS SO ORDERED**. |
| 6 | DATED: August __18, 2009 |
| 7 | JOSEPH C. SPERO |
| | U.S. MAGISTRATE JUDGE |

*Judge Joseph C. Spero* (signature)