SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
Countrywide Financial Corporation and
Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CAMELLO; RENEE CAMELLO, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, etc., COUNTRYWIDE HOME LOANS, INC., etc., *et al*., <br><br> Defendants. | Case No.: 3:08-cv-5479-JCS <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' MOTION TO REMAND** |

1  WHEREAS, Countrywide Financial Corp. and Countrywide Home Loans, Inc. ("Countrywide") have filed a motion to dismiss that is presently set for hearing at 9:30 a.m. on August 21, 2009 ("Motion to Dismiss");

WHEREAS, plaintiffs Joseph and Renee Camello ("Plaintiffs") have filed a motion to remand that is presently set for hearing at 9:30 a.m. on August 21, 2009 ("Motion to Remand");

WHEREAS, a case management conference ("CMC") is presently set for 9:30 a.m. on August 21, 2009;

WHEREAS, the parties are discussing whether settlement of this case is feasible; and

WHEREAS, the parties believe that continuing the CMC and hearings on the Motion to Dismiss and Motion to Remand to September 18, 2009 would serve the interests of judicial efficiency and conservation of judicial and party resources;

NOW THEREFOR, IT IS HEREBY STIPULATED AND REQUESTED by the parties hereto, through their respective counsel, that the CMC and hearings on Countrywide's Motion to Dismiss and Plaintiff's Motion to Remand are rescheduled from 9:30 a.m. on August 21, 2009 to 9:30 a.m. on September 18, 2009.

DATED: August 17, 2009                SEVERSON & WERSON
                                      A Professional Corporation

                                      By: ____/S/ Kalama M. Lui-Kwan____
                                            Kalama M. Lui-Kwan

                                      Attorneys for Defendants
                                      Countrywide Financial Corporation and
                                      Countrywide Home Loans, Inc.

DATED: August 17, 2009                NOCOS LAW FIRM
                                      A Professional Corporation

                                      By: ____/S/ Reuben L. Nocos____
                                            Reuben L. Nocos

                                      Attorneys for Plaintiffs
                                      Joseph and Renee Camello

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

-1-

11952/0055/752067.1                                           STIPULATION AND [PROPOSED] ORDER
                                                              3:08-cv-5479-JCS

**[PROPOSED] ORDER**

Pursuant to the parties' August 17, 2009 Stipulation Continuing Case Management Conference And Hearing On Defendants' Motion To Dismiss And Plaintiffs' Motion To Remand, **IT IS SO ORDERED**.

DATED: August 18, 2009

_____
JOSEPH C. SPERO
U.S. MAGISTRATE JUDGE