SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
Countrywide Financial Corporation and
Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CAMELLO; RENEE CAMELLO,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, etc., COUNTRYWIDE HOME LOANS, INC., etc., *et al.*,<br><br>Defendants. | Case No.:  C 08-cv-5479 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1 | WHEREAS, a case management conference ("CMC") is presently set for 1:30 p.m. on January 22, 2010;

WHEREAS, the parties are discussing whether settlement of this case is feasible; and

WHEREAS, the parties believe that continuing the CMC to February 26, 2010 would serve the interests of judicial efficiency and conservation of judicial and party resources;

NOW THEREFOR, IT IS HEREBY STIPULATED AND REQUESTED by the parties hereto, through their respective counsel, that the CMC is rescheduled from 1:30 p.m. on January 22, 2010 to 1:30 p.m. on February 26, 2010.

DATED:  January 20, 2010            SEVERSON & WERSON
                                    A Professional Corporation

                                    By:      /S/ Kalama M. Lui-Kwan
                                             Kalama M. Lui-Kwan

                                    Attorneys for Defendants
                                    Countrywide Financial Corporation and
                                    Countrywide Home Loans, Inc.

DATED:  January 20, 2010            NOCOS LAW FIRM
                                    A Professional Corporation

                                    By:      /S/ Reuben L. Nocos
                                             Reuben L. Nocos

                                    Attorneys for Plaintiffs
                                    Joseph and Renee Camello

- 1 -

11952/0055/785084.1                                    Stipulation and [Proposed] Order

**[PROPOSED] ORDER**

Pursuant to the parties' January 20, 2010 Stipulation Continuing Case Management Conference, **IT IS SO ORDERED**.

DATED:  January 21, 2010



_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE