SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
Countrywide Financial Corporation and
Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CAMELLO; RENEE CAMELLO,<br><br>            Plaintiffs,<br><br>      vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, etc., COUNTRYWIDE HOME LOANS, INC., etc., *et al*.,<br><br>            Defendants. | Case No.:  C 08-cv-5479 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, a case management conference ("CMC") is presently set for 1:30 p.m. on
2  January 22, 2010;
3  WHEREAS, the parties are discussing whether settlement of this case is feasible; and
4  WHEREAS, the parties believe that continuing the CMC to February 26, 2010 would
5  serve the interests of judicial efficiency and conservation of judicial and party resources;
6  NOW THEREFOR, IT IS HEREBY STIPULATED AND REQUESTED by the parties
7  hereto, through their respective counsel, that the CMC is rescheduled from 1:30 p.m. on January
8  22, 2010 to 1:30 p.m. on February 26, 2010.

10  DATED:  January 20, 2010            SEVERSON & WERSON
                                        A Professional Corporation

                                        By:      /S/ Kalama M. Lui-Kwan
12                                                  Kalama M. Lui-Kwan

13                                      Attorneys for Defendants
                                        Countrywide Financial Corporation and
14                                      Countrywide Home Loans, Inc.

15  DATED:  January 20, 2010            NOCOS LAW FIRM
                                        A Professional Corporation
16
                                        By:      /S/ Reuben L. Nocos
17                                                  Reuben L. Nocos

18                                      Attorneys for Plaintiffs
                                        Joseph and Renee Camello

- 1 -

11952/0055/785084.1                                       Stipulation and [Proposed] Order

1 **[~~PROPOSED~~] ORDER**

2 Pursuant to the parties' January 20, 2010 Stipulation Continuing Case Management

3 Conference, **IT IS SO ORDERED**.

5 DATED: January 21, 2010



_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE