REUBEN L. NOCOS, ESQ. [SBN 238011]
Nocos Law Firm, A Professional Corporation
1900 S. Norfolk St., Ste. 350
San Mateo, CA 94403
(650) 320-1747

Attorneys for Plaintiffs
JOSEPH CAMELLO and RENEE CAMELLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CAMELLO; RENEE CAMELLO<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a business entity, form unknown; COUNTRYWIDE HOME LOANS, INC., a business entity form unknown; HEATHER FISHER, an individual; all persons or entities unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in this Amended Complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:08-cv-05479-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

   WHEREAS, a case management conference ("CMC") is presently set for 1:30 p.m. on February 26, 2010;

   WHEREAS, the parties are discussing whether settlement of this case is feasible; and

   WHEREAS, the parties believe that continuing the CMC to March 12, 2010 at 1:30 PM would serve the interests of judicial efficiency and conservation of judicial and party resources;

1

Stipulation and [Proposed] Order Continuing Case Management Conference

NOW THEREFOR, IT IS HEREBY STIPULATED AND REQUESTED by the parties hereto, through their respective counsel, that the CMC is rescheduled from 1:30 p.m. on February 26, 2010 to 1:30 p.m. on March 12, 2010.

DATED: February 24, 2010          SEVERSON & WERSON
A Professional Corporation

By: */S/ Sunny S. Huo*

Sunny S. Huo
Attorneys for Defendants
Countrywide Financial Corporation and
Countrywide Home Loans, Inc.

DATED: February 24, 2010          NOCOS LAW FIRM
A Professional Corporation

By: */S/ Reuben L. Nocos*

Reuben L. Nocos
Attorneys for Plaintiffs
Joseph and Renee Camello

**[PROPOSED] ORDER**

Pursuant to the parties' February 24, 2010 Stipulation Continuing Case Management Conference, the Case Management Conference scheduled February 26, 2010 at 1:30 PM will be continued to March 12, 2010 at 1:30 PM.

**IT IS SO ORDERED**.

DATED: February 25, 2010



THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order Continuing Case Management Conference