REUBEN L. NOCOS, ESQ. [SBN 238011]
Nocos Law Firm, A Professional Corporation
1900 S. Norfolk St., Ste. 350
San Mateo, CA 94403
(650) 320-1747

Attorneys for Plaintiffs
JOSEPH CAMELLO and RENEE CAMELLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CAMELLO; RENEE CAMELLO<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a business entity, form unknown; COUNTRYWIDE HOME LOANS, INC., a business entity form unknown; HEATHER FISHER, an individual; all persons or entities unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in this Amended Complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:08-cv-05479-JCS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, a case management conference ("CMC") is presently set for 1:30 p.m. on February 26, 2010;

WHEREAS, the parties are discussing whether settlement of this case is feasible; and

WHEREAS, the parties believe that continuing the CMC to March 12, 2010 at 1:30 PM would serve the interests of judicial efficiency and conservation of judicial and party resources;

Stipulation and [~~Proposed~~] Order Continuing Case Management Conference

NOW THEREFOR, IT IS HEREBY STIPULATED AND REQUESTED by the parties

hereto, through their respective counsel, that the CMC is rescheduled from 1:30 p.m. on

February 26, 2010 to 1:30 p.m. on March 12, 2010.


DATED: February 24, 2010                    SEVERSON & WERSON
                                            A Professional Corporation

                                            By: /S/ Sunny S. Huo

                                            Sunny S. Huo
                                            Attorneys for Defendants
                                            Countrywide Financial Corporation and
                                            Countrywide Home Loans, Inc.


DATED: February 24, 2010                    NOCOS LAW FIRM
                                            A Professional Corporation

                                            By: /S/ Reuben L. Nocos

                                            Reuben L. Nocos
                                            Attorneys for Plaintiffs
                                            Joseph and Renee Camello

Stipulation and [Proposed] Order Continuing Case Management Conference

1

### [~~PROPOSED~~] ORDER

2

Pursuant to the parties' February 24, 2010 Stipulation Continuing Case Management

3

Conference, the Case Management Conference scheduled February 26, 2010 at 1:30 PM will be

4

continued to March 12, 2010 at 1:30 PM.

5

6

**IT IS SO ORDERED**.

7

DATED: February  25, 2010

8



THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [~~Proposed~~] Order Continuing Case Management Conference